FILED

2018 DEC 12 AM 10: 31

U.S. DISTRICT COURT
DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:18 CR 726 |
| ) | CASE NO. _____ |
| ) | Title 18, Section 641, |
| MICHAEL WALLACE, ) | United States Code |
| ) | |
| Defendant. ) | |

JUDGE GWIN

COUNT 1
(Theft of Government Property, in violation of 18 U.S.C. § 641)

The United States Attorney charges:

From on or about October 1, 2016 through on or about January 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL WALLACE in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, and without authority dispose of property of the United States exceeding $1,000.00 in value belonging to the United States Railroad Retirement Board, an agency of the United States, to wit: United States Railroad Retirement Board disability benefits, in the amount of approximately $38,077.69, in violation of Title 18, Section 641, United States Code.

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*
EDWARD F. FERAN, Chief
General Crimes Unit